## GOLDEN GEORGIA LIMITED *v.* McMANUS.

LITTLE, J.   1. The evidence submitted by the plaintiff was sufficient to author-ize the verdict rendered in his favor.

2. The trial judge committed no error in rejecting evidence of which complaint was made.   That which was excluded related to transactions between plain-tiff and a third person, and was not pertinent to the issues involved in the case on trial.

3. The stenographic report of the evidence of the plaintiff on another trial was not documentary evidence.   The judge committed no error in refusing to allow the same to be taken by the jury to their room when they retired to consider the case.

4. It does not appear that the trial judge failed to state to the jury the conten-tions of the defendant with sufficient fullness and fairness.

> *Judgment affirmed.     All the Justices concurring.*

Argued June 4, — Decided July 20, 1901.

Complaint on account.   Before Judge Reid.   City court of Atlanta.   January 15, 1901.

*Tompkins & Alston,* for plaintiff in error.
*R. G. Hartsfield, J. A. Anderson,* and *Goodwin & Hallman,* contra.